St. Louis & S. F. R. Co. v. Whale *et al.*

No. 463.        Opinion Filed March 8, 1910.

(108 Pac. 403.)

*Error from District Court, Bryan County; D. A. Richardson, Judge.*

Action by S. A. Whale and the Connecticut Fire Insurance Company of Hartford against the St. Louis & San Francisco Railroad Company. Judgment for plaintiffs, and defendant brings error. Affirmed.

*R. A. Kleinschmidt* and *Dech & Dech,* for plaintiff in error. *Hatchett & Ferguson,* for defendants in error.

DUNN, C. J. Counsel for both parties in the above-entitled cause have agreed that the judgment rendered therein is supported by the same evidence as that in the case of *St. Louis & San Francisco Railroad Company v. Shannon* (reported in this volume) 108 Pac. 401; the only difference in the two cases being that in the instant case the cause of action is for hay which was destroyed at the time the barn was burned for which the action above referred to was brought, and it is stipulated that the decision in this case shall follow the decision in the Shannon Case.

It follows, therefore, that the judgment of the trial court is affirmed.

All the Justices concur.